For the reasons given, I vote to reverse the judgment of the, Supreme Court and to affirm the judgment of the Monmouth Circuit Court.

Justices Black and Campbell and Judge McGlennon concur in the views expressed in this opinion.

For the appellant, *Benjamin M. Weinberg.*

For the defendants, *Mark Townsend, Jr.*

PER CURIAM.

The judgment under review herein is affirmed, seven judges voting to affirm and five reverse; but because no principle of law as applicable to the case has received the sanction of a majority of the members of this court (nine), the judgment is affirmed solely because of the affirmative vote of a majority of the quorum. See *Katz* v. *Eldredge,* 98 *N. J. L.* 125.

The vote in both cases was—

*For affirmance*—TRENCHARD, LLOYD, WHITE, GARDNER, VAN BUSKIRK, KAYS, HETFIELD, JJ. 7.

*For reversal*—THE CHANCELLOR, KALISCH, BLACK, CAMPBELL, McGLENNON, JJ. 5.

---

FREDERICK SEFTON, APPELLANT, v. BOARD OF CONSERVATION AND DEVELOPMENT ET AL., RESPONDENTS.

Argued October 28, 1925—Decided February 1, 1926.

On appeal from the Supreme Court, whose opinion is reported in 101 *N. J. L.* 294, *sub nomine* Landell v. State.

For the appellant, *Bleakly, Stockwell & Burling.*

For the respondents, *Edward L. Katzenbach* and *John Milton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, PARKER, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 11.

*For reversal*—None.

---

ADA M. STEARNS, APPELLANT, v. BOARD OF CONSERVATION AND DEVELOPMENT ET AL., RESPONDENTS.

Argued October 23, 1925—Decided February 1, 1926.

On appeal from the Supreme Court, whose opinion is reported in 101 *N. J. L.* 294, *sub nomine* State v. Landell.

For the appellant, *Bleakly, Stockwell & Burling.*

For the respondents, *Edward L. Katzenbach* and *John Milton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, PARKER, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 11.

*For reversal*—None.